IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 6:25-MJ-00049-HBK
) ORDER OF RELEASE
    Plaintiff,  )
)
  vs.  )
)
BONNIE MCINNIS SEEBERGER,  )
)
    Defendant.  )

    The above named defendant having been sentenced on November 3, 2025 to 3 days in custody (3 days credit for time served),

    IT IS HEREBY ORDERED that the defendant shall be released November 3, 2025.  A certified Judgment and Commitment order to follow.

Date: 11/3/2025      _____
                                     U.S. Magistrate Judge